IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM P. TIDWELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:12cv983-TMH |
| GREG WARD (SHERIFF), *et al.*, | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On March 26, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 24). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this the 13th day of May, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE